Neponset until about 10 minutes after the accident. On the other hand, a considerable number of witnesses testified for the owner of the steam tug, and none of them knew anything of a collision. It is likely that at least some one of them would have known if there had been any actual shock, for they were almost all helping to dock the steamer. There is nothing to indicate that this was being done without due care. Apparently none of them knew that there had been an accident until weeks later.

I am referred to the decision of Judge Learned Hand in the case of Creighton v. Bern, decided April 16, 1917; but that decision, as I understand it, does no more than hold that by circumstantial evidence the cause of the accident was satisfactorily established. The facts were in no way similar to those of the case at bar. It is distressing that this unfortunate decedent should have been killed, through no fault of his, without those responsible being compelled to respond in damages; but upon this record it does not seem to me that I can find that the steam tug collided with the air barge. Some other unknown craft may have been in collision, or the swell from a boat passing close by the end of the pier at high speed may have moved the barge.

I cannot hold the Neponset or her owners liable. Decree accordingly.

---

**THE NEPONSET. Petition of CREW TRANSP. CORPORATION. Appeal of LABATE et al.**

(Circuit Court of Appeals, Second Circuit. March 20, 1922.)

No. 158.

Appeal from the District Court of the United States for the Eastern District of New York.

Petition of the Crew Transportation Corporation, as owner of the steam tug Neponset, for limitation of liability. From a decree absolving the tug from liability for the damage claimed (281 Fed. 409), Mary Labate and another, as administrators, appeal. Affirmed.

Macklin, Brown, Purdy & Van Wyck, of New York City (Pierre M. Brown, of New York City, of counsel), for appellants.

Foley & Martin, of New York City (George V. A. McCloskey, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed. No costs.